IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIHAD DHIAB, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>    Respondents. | Civil Action No. 05-CV-1457 (HHK) |

**CERTIFICATE OF SERVICE**

    I hereby certify that, on July 29, 2005, copies of the foregoing were transmitted via Federal Express to counsel for petitioner:

> Richard A. Soble, Esquire
> Soble Rowe Krichbaum LLP
> 221 N. Main Street, Suite 200
> Ann Arbor, MI 48104
> Tel: (734) 996-5600

>   /s/ Preeya M. Noronha
> PREEYA M. NORONHA
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., N.W.   Room 7226
> Washington, DC  20530
> Tel.:  (202) 514-3338
> Fax:  (202) 616-8202

> One of the Attorneys for Respondents