CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JIHAD DHIAB, et al.        )
                           )
          Plaintiff        )
                           )
     v.                    )   Civil Case Number 05-1457 (GK)
                           )
GEORGE W. BUSH, et al.     )   Category     G
                           )
          Defendant        )

### REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>August 2, 2005</u> from <u>Judge Henry H. Kennedy, Jr.</u> to <u>Judge Gladys Kessler</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE GLADYS KESSLER</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Kennedy</u> & Courtroom Deputy
      <u>Judge Kessler</u> & Courtroom Deputy
      Chair, Calendar and Case Management Committee
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓
      Statistical Clerk