IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIHAD DHIAB, *et al.* )<br>    Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, President of the )<br>United States, *et al.*, )<br>    Respondents. )<br>) | Civil Action No. 05-01457 (HHK) |

## [PROPOSED] ORDER

Having considered Respondents' Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination, and Petitioners' Conditional Consent to Respondents' Motion to Stay Proceedings, it is this __ day of _____, 2005,

**ORDERED** that Respondents' motion for stay is GRANTED with the understanding that Respondents shall file factual returns relating to Petitioner within 30 days after entry of this Order; and it is further

**ORDERED** that the Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, may not remove Petitioner from Guantánamo unless the Court and counsel receive 30-days' advance notice of such removal; and it is further

**ORDERED** that Petitioner may seek such additional emergency relief from this Court as necessary.

                                                                               _____
                                                                               United States District Judge