UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
**JIHAD DHIAB**, **et al.**,        :
                                    :
    **Petitioners**,         :
                                    :
    **v.**                   :   Civil Action No. 05-1457 (GK)
                                    :
**GEORGE W. BUSH**, **et al.**,     :
                                    :
    **Respondents**.         :
_____ :

### O R D E R

Upon consideration of Respondents' Objection to Petitioners' Related Case Designation, [**#3**], and Petitioners' Reply, as well as Judge Kennedy's return of this case to the Calendar Committee because he deemed it unrelated to C.A. No. 04-1254, Respondents' Objection is **sustained**.


August 10, 2005                         /s/
                                        Gladys Kessler
                                        United States District Judge

**Copies to**:  Attorneys of record via ECF