IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIHAD DHIAB**, *et al.*, )<br><br>Petitioners, )<br><br>*v.* )<br><br>**GEORGE W. BUSH**, *et al.*, )<br><br>*Respondents*. ) | Civil Action No. 05-CV-1457 (GK) |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Petitioners in the above-captioned case.

_____/s/_____
Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012-2317
Ph: (212) 614-6438
Fax: (212) 614-6499

Dated: May 3, 2007