# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JIHAD DHIAB,<br>    *Petitioner*,<br><br>v.<br><br><br><br>GEORGE W. BUSH, et al.,<br>    *Respondents*. | Civil Action No. 05-cv-01457 (GK)<br><br>**NOTICE OF WITHDRAWAL**<br>**OF CO-COUNSEL** |

PLEASE TAKE NOTICE that the undersigned counsel, Richard A. Soble, hereby withdraws as counsel for Petitioner in this matter. Petitioner will continue to be represented by co-counsel Shayana Kadidal, Esq., of the Center for Constitutional Rights.

Dated: November 6, 2007

                                By:    s/Richard A. Soble
                                             SOBLE ROWE KRICHBAUM, LLP
                                             221 North Main Street
                                             Suite 200
                                             Ann Arbor, MI 48104
                                             (734) 996-5600
                                             Fax: (734) 662-0552
                                             Email: dick@srkllp.com