IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JIHAD DHIAB, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1457 (GK) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

**[Proposed] ORDER**

Upon consideration of petitioner's motion for temporary lift of stay and entry of protective order, and respondents' opposition thereto, it is hereby

ORDERED that petitioner's motion is DENIED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE