IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIHAD DHIAB, *et al.*,<br><br>  Petitioners,<br><br>  v.<br><br>GEORGE W. BUSH,<br>  President of the United States,<br>  *et al.*,<br><br>  Respondents. | Civil Action No. 05-CV-1457 (GK) |

**SUPPLEMENT TO RESPONDENTS' OPPOSITION TO MOTION
FOR TEMPORARY LIFT OF STAY AND ENTRY OF PROTECTIVE ORDER**

  In respondents' opposition to petitioner's motion for temporary lift of stay and entry of protective order, respondents noted that relief would be inappropriate because, *inter alia*, the record did not adequately demonstrate that the putative next friend in this case has standing to pursue this action. *See* dkt. no. 30 at pp. 2, 6-7. Subsequent to the filing of respondents' opposition, petitioner's counsel provided undersigned counsel with a substitute next-friend authorization from petitioner's wife. In light of this development, respondents withdraw their next friend point as a basis to oppose petitioner's motion. Respondents' other arguments continue to remain in force and demonstrate that petitioner's motion should be denied.

Dated: April 1, 2008       Respectfully submitted,

                JEFFREY S. BUCHOLTZ
                Acting Assistant Attorney General

                DOUGLAS N. LETTER
                Terrorism Litigation Counsel

    */s/ Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JAMES J. SCHWARTZ
JEAN LIN
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar 23840-49)
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4938
Fax:  (202) 616-8470

Attorneys for Respondents