PREVIOUSLY SUBMITTED TO CSO
AND CLEARED FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIHAD DHIAB, et al., | ) |
| *Petitioners/Plaintiffs*, | ) |
| v. | ) 1:05-cv-01457-GK |
| GEORGE W. BUSH, et al., | ) |
| *Respondents/Defendants*. | ) |

## [~~PROPOSED~~] ORDER

Upon consideration of the Motion for Temporary Lift of Stay and Entry of Protective Order, it is hereby:

ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, all in the *In re Guantánamo Bay Detainee Cases*, shall be entered in this case.

DATED: April 14, 2008

*Gladys Kessler*
United States District Judge