UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIHAD DHIAB, | : |
| Petitioner/Plaintiff, | : |
| v. | : Civil Action No. 05-1457 (GK) |
| GEORGE W. BUSH, *et al.*, | : |
| Respondents/Defendants. | : |

## ORDER

Counsel has filed a Motion to, in effect, practice *pro hac vice* in the above-cited case. A condition of practicing *pro hac vice* is familiarity with the Local Rules of the United States District Court for the District of Columbia. It is clear from the Motion that counsel is not familiar with the Local Rules, including LCvR 7(c).

The Motion will be **granted**, upon condition that counsel file a Praecipe, within 30 days, that counsel has obtained a copy of the Local Rules and is prepared to become familiar with them and follow them.

**SO ORDERED**.

May 5, 2008

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**