CLEARED BY CSO FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIHAD DHIAB, | ) |
| | ) |
| *Petitioner/Plaintiff*, | ) |
| | ) |
| v. | )   Civ. No. 05-cv-01457-GK |
| | ) |
| GEORGE W. BUSH, et al., | ) |
| | ) |
| *Respondents/Defendants*. | ) |

**PRAECIPE**

Undersigned counsel respectfully certifies that counsel has obtained a copy of the Local Rules of this Court; that counsel is prepared to become familiar with them; and that counsel will follow them.

Dated:   2 June 2008

*Cori Crider*
Cori Crider
Member of NY Bar
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640
011 44 207 353 4641 (fax)
cori@reprieve.org.uk