APPROVED FOR PUBLIC FILING BY CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIHAD DHIAB,** ) <br> ) <br> *Petitioner/Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> **GEORGE W. BUSH, et al.,** ) <br> ) <br> *Respondents/Defendants*. ) <br> _____) | Misc. No. 08-442 (TFH) <br><br> Civ. No. 05-cv-01457-GK |

## STATUS REPORT

Pursuant to this court's Order, Counsel for Petitioner hereby submit the following status report on behalf of Jihad Dhiab, and state as follows:

**1.    Factual Background**

Jihad Dhiab, ISN 722, is a Syrian national who has been held in Guantánamo Bay without charge or trial since August 2002.

**2.    Background of the Petition**

This petition was filed on July 22, 2005. This court stayed this action on August 29, 2006.

On April 19, 2007, Respondents moved to dismiss this action in light of the D.C. Circuit's jurisdictional ruling in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007). The motion was not ruled upon before the Supreme Court reversed the *Boumediene* ruling.

On March 20, 2008, Petitioner moved for a temporary lift of the stay in place to allow for entry of the Protective Order.

**APPROVED FOR PUBLIC FILING BY CSO**

On April 14, 2008, over Respondents' objection, the Court entered the Protective Order in this action.

**3.     Factual Return**

No factual return has been filed in this action.

Respondents should be required to certify that none of the evidence alleged against Petitioner was exacted through torture, coercion or cruel and degrading treatment of him or others, and that none of the evidence is the fruit of such poisonous tree.  Respondents should be required also to provide any and all exculpatory information or documents in their possession, no matter when it was acquired.

Respondents should be ordered to produce all evidence in unredacted form to allow counsel to properly evaluate the nature of the evidence.  Petitioners' counsel has Secret clearance and has access to the secure facility.  Accordingly there is no need for the government to redact any information in this case.  Should the government desire to redact information, Petitioner requests that the Court order the Government to move the Court for express permission to redact said information, providing the Court with the specific reasons the proposed redactions are necessary.

Dated:     July 18, 2008           Respectfully submitted,

Zachary Katznelson (CA Bar No. 209489)
Cori Crider (Member NY Bar)
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)
zachary@reprieve.org.uk
cori@reprieve.org.uk

*Counsel for Petitioners*

2

**APPROVED FOR PUBLIC FILING BY CSO**

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy to be served upon counsel for Respondents by filing this document directly on ECF, pursuant to approval by the Court Security Office.

Dated:  July 18, 2008                                    _[signature]_