# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AHMED ABU IMRAN, et al.** | ) | |
| | ) | |
| *Petitioner/Plaintiff,* | ) | **Misc. No. 08-442-TFH** |
| | ) | |
| v. | ) | **Civ. No. 05-764-CKK** |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| *Respondents/Defendants.* | ) | |
| ——————————————— | ) | |
| | | |
| **NABIL, et al.** | ) | |
| | ) | |
| *Petitioner/Plaintiff,* | ) | **Misc. No. 08-442-TFH** |
| | ) | |
| v. | ) | **Civ. No. 05-1504-RMC** |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| *Respondents/Defendants.* | ) | |
| ——————————————— | ) | |
| | | |
| **AHMED BELBACHA, et al.** | ) | |
| | ) | |
| *Petitioner/Plaintiff,* | ) | **Misc. No. 08-442-TFH** |
| | ) | |
| v. | ) | **Civ. No. 05-2349-RMC** |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| *Respondents/Defendants.* | ) | |
| ——————————————— | ) | |
| | | |
| **MOHSEN AHBDRUB ABOASSY, et al.** | ) | |
| | ) | |
| *Petitioner/Plaintiff,* | ) | **Misc. No. 08-442-TFH** |
| | ) | |
| v. | ) | **Civ. No. 05-748-RMC** |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| *Respondents/Defendants.* | ) | |
| ——————————————— | ) | |

| | | |
|---|---|---|
| **OMAR DEGHAYES, et al.** | ) | |
| | ) | |
| *Petitioner/Plaintiff,* | ) | **Misc. No. 08-442-TFH** |
| | ) | |
| v. | ) | **Civ. No. 04-2215-RMC** |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| *Respondents/Defendants.* | ) | |
| _____ | ) | |
| **JIHAD DHIAB, et al.** | ) | |
| | ) | |
| *Petitioner/Plaintiff,* | ) | **Misc. No. 08-442-TFH** |
| | ) | |
| v. | ) | **Civ. No. 05-1457-GK** |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| *Respondents/Defendants.* | ) | |
| _____ | ) | |
| **SHERIF EL-MASHAD, et al.** | ) | |
| | ) | |
| *Petitioner/Plaintiff,* | ) | **Misc. No. 08-442-TFH** |
| | ) | |
| v. | ) | **Civ. No. 05-270-JR** |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| *Respondents/Defendants.* | ) | |
| _____ | ) | |
| **MOHAMMED ABDULMALIK, et al.** | ) | |
| | ) | |
| *Petitioner/Plaintiff,* | ) | **Misc. No. 08-442-TFH** |
| | ) | |
| v. | ) | **Civ. No. 08-1440-CKK** |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| *Respondents/Defendants.* | ) | |
| _____ | ) | |
| **MOHAMMON, et al.** | ) | |
| | ) | |
| *Petitioner/Plaintiff,* | ) | **Misc. No. 08-442-TFH** |
| | ) | |
| v. | ) | **Civ. No. 05-2386-RBW** |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| | ) | |
| *Respondents/Defendants.* | ) | |
| _____ | ) | |

**NOTICE OF JOINDER IN PETITIONERS' RESPONSE TO RESPONDENTS'
REQUEST FOR RELIEF FROM SCHEDULING ORDER**

Petitioners Abdullatif Nasser, Nabil Hadjarab, Ahmed Belbacha, Mohsen Ahbdrub Aboassy, Said Salim Bin Salman, Samir Najy Mukbel, Shaker Aamer, Jihad Dhiab, Sherif El-Mashad, Adel Fattough Al Gazzar, Mohammed Abdulmalik, Sayf Bin Abdullah and Ahmed Omar, join in Petitioners' Response to Respondents' Motion for Relief from Scheduling Order, filed with the Court Security Officer on September 8, 2008.  The Notice of Filing of this Response was filed as Misc. Docket Number 357.

Dated:  September 9, 2008                  Respectfully submitted,

Zachary Katznelson
Cori Crider
Reprieve
P.O. Box No. 52742
London, England EC49-4WS
Telephone: +44 207 353 4640
zachary@reprieve.org.uk
cori@reprieve.org.uk

*Counsel for Petitioners*