# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**IN RE:**
**GUANTANAMO BAY**
**DETAINEE LITIGATION**

**Misc. No. 08-442 (TFH)**

**02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194, 04-cv-1937, 04-cv-2022, 04-cv-2035, 04-cv-2046, 04-cv-2215, 05-cv-0023, 05-cv-0247, 05-cv-0270, 05-cv-0280, 05-cv-0329, 05-cv-0359, 05-cv-0392, 05-cv-0492, 05-cv-0520, 05-cv-0526, 05-cv-0569, 05-cv-0634, 05-cv-0748, 05-cv-0763, 05-cv-0764, 05-cv-0877, 05-cv-0883, 05-cv-0889, 05-cv-0892, 05-cv-0993, 05-cv-0994, 05-cv-0998, 05-cv-0999, 05-cv-1048, 05-cv-1189, 05-cv-1124, 05-cv-1220, 05-cv-1347, 05-cv-1353, 05-cv-1429, 05-cv-1457, 05-cv-1458, 05-cv-1487, 05-cv-1490, 05-cv-1497, 05-cv-1504, 05-cv-1505, 05-cv-1506, 05-cv-1509, 05-cv-1555, 05-cv-1592, 05-cv-1601, 05-cv-1602, 05-cv-1607, 05-cv-1623, 05-cv-1638, 05-cv-1639, 05-cv-1645, 05-cv-1646, 05-cv-1678, 05-cv-1704, 05-cv-1971, 05-cv-1983, 05-cv-2010, 05-cv-2088, 05-cv-2104, 05-cv-2185, 05-cv-2186, 05-cv-2199, 05-cv-2249, 05-cv-2349, 05-cv-2367, 05-cv-2370, 05-cv-2371, 05-cv-2378, 05-cv-2379, 05-cv-2380, 05-cv-2381, 05-cv-2384, 05-cv-2385, 05-cv-2386, 05-cv-2387, 05-cv-2444, 05-cv-2479, 06-cv-0618, 06-cv-1668, 06-cv-1684, 06-cv-1690, 06-cv-1758, 06-cv-1759, 06-cv-1761, 06-cv-1765, 06-cv-1766, 06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338, 08-cv-0987, 08-cv-1085, 08-cv-1101, 08-cv-1104, 08-cv-1153, 08-cv-1185, 08-cv-1207, 08-cv-1221, 08-cv-1223, 08-cv-1224, 08-cv-1227, 08-cv-1228, 08-cv-1229, 08-cv-1230, 08-cv-1231, 08-cv-1232, 08-cv-1233, 08-cv-1235, 08-cv-1236, 08-cv-1237, 08-cv-1238, 08-cv-1310, 08-cv-1360, 08-cv-1440, 08-cv-1733, 08-cv-1805, 08-cv-2083, 08-cv-1828, 08-cv-1923, 08-cv-2019, 09-cv-0031, 05-cv-0765, 05-cv-0886, 05-cv-1234, 05-cv-2348, 06-cv-1725, 08-cv-0864, 08-cv-1222, 09-cv-745 05-cv-0879,  05-cv-0891, 05-cv-1493, 05-cv-1667 05-cv-1679, 06-cv-1675**

## STATUS REPORT CONCERNING PRODUCTION OF INFORMATION IN THE POSSESSION OF THE GUANTANAMO REVIEW TASK FORCE

Pursuant to Court Orders in several Guantanamo Bay habeas cases, on April 16, 2009 Respondents filed a status report including the declaration of Matthew G. Olsen, Executive Director of the Guantanamo Review Task Force, addressing the efforts undertaken by the Guantanamo Review Task Force to assemble information in accordance with Section 4(c)(1) of Executive Order 13,492, 74 Fed. Reg. 4897 (Jan, 27 2009).  Because the Task Force's information gathering efforts had been raised in many of the pending Guantanamo Bay habeas cases, Respondents filed the status report in the above-captioned Guantanamo Bay habeas cases on April 20, 2009.

As a further update to Respondents' prior report, Respondents have been working diligently to address the Court's various inquiries regarding the Task Force and are attempting to develop a global proposal for the expeditious production of Task Force information in the *habeas* cases in a manner that would not compromise the Task Force's ability to carry out the important mission for which the Task Force (at the President's direction) was created.  To develop a workable global proposal for access to Task Force information that meets these imperatives, Respondents have been conferring closely not only with the Task Force but also the counter-terrorism, intelligence, and other government agencies that have provided detainee information to the Task Force. Respondents anticipate filing declarations from these agencies at various classification levels, as well as from the Task Force and the Department of Justice, to explain the merits of the proposal Respondents are developing to provide reasonable opportunity for access to Task Force information given the nature of the Task Force's information-gathering efforts, the structure of its operations, and the highly sensitive and classified nature of the information to which it has been given access.  Respondents, the Task Force, and the affected agencies are completing their consultations and are in the process of preparing a

submission to the Court.  Respondents anticipate filing the submission on or before May

8, 2009.


Dated: May 1, 2009                              Respectfully submitted,

                                                MICHAEL F. HERTZ
                                                Deputy Assistant Attorney General

                                                TERRY M. HENRY
                                                JAMES J. GILLIGAN
                                                Assistant Branch Director

                                                 */s/ Andrew I. Warden*
                                                ANDREW I. WARDEN (IN Bar 23840-49)
                                                PAUL E. AHERN
                                                Attorneys
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch
                                                20 Massachusetts Avenue, N.W.
                                                Washington, D.C. 20530
                                                Tel: (202) 616-5084
                                                Email: Andrew.Warden@usdoj.gov
                                                Attorneys for Respondents