**<u>Current Guantanamo Bay Detainee-Petitioners Approved For Transfer (Sept. 21, 2012)*</u>**

| ISN | Detainee's Name | Civil Action Number |
|---|---|---|
| 34 | Al Khadr Abdallah Muhammad Al-Yafi | 05-CV-2386 |
| 35 | Idris Ahmad Abdu Qadir Idris | 09-CV-0745 |
| 36 | Ibrahim Othman Ibrahim Idris | 05-CV-1555 |
| 38 | Ridah Bin Saleh Al-Yazidi | 07-CV-2337 |
| 152 | Asim Thabit Abdullah Al-Khalaqi | 05-CV-0999 |
| 153 | Fayiz Ahmad Yahia Suleiman | 10-CV-1411 |
| 163 | Khalid Abd Elgabar Mohammed Othman | 05-CV-2088 |
| 168 | Adel Al-Hakeemy | 05-CV-0429 |
| 170 | Sharif Al-Sanani | 05-CV-2386 |
| 174 | Hisham Sliti | 05-CV-0429 |
| 189 | Falen Gherebi | 04-CV-1164 |
| 197 | Younous Chekkouri | 05-CV-0329 |
| 200 | Saad Al-Qahtani | 05-CV-2384 |
| 224 | Mahmoud Al-Shubati | 07-CV-2338 |
| 238 | Nabil Said Hadjarab | 05-CV-1504 |
| 239 | Shaker Aamer | 04-CV-2215 |
| 249 | Mohammed Abdullah Mohammed Ba Odah | 06-CV-1668 |
| 254 | Muhammed Ali Husayn Khunaina | 05-CV-2223 |
| 255 | Said Muhammad Salih Hatim | 05-CV-1429 |
| 257 | Omar Hamzayavich Abdulayev | 05-CV-2386 |
| 259 | Fadhel Hussein Saleh Hentif | 06-CV-1766 |
| 275 | Abdul Sabour | 05-CV-1509 |
| 280 | Khalid Ali | 05-CV-1509 |
| 282 | Sabir Osman | 05-CV-1509 |
| 288 | Motai Saib | 05-CV-1353 |
| 290 | Ahmed Bin Saleh Bel Bacha | 05-CV-2349 |
| 309 | Muieen Adeen Al-Sattar | 08-CV-1236 |
| 326 | Ahmed Adnan Ahjam | 09-CV-0745 |
| 327 | Ali Al Shaaban | 05-CV-0892 |
| 329 | Abdul Hadi Omar Mahmoud Faraj | 05-CV-1490 |
| 502 | Abdul Bin Mohammed Ourgy | 05-CV-1497 |
| 511 | Suleiman Awadh Bin Aqil Al-Nahdi | 05-CV-0280 |
| 553 | Abdulkhaliq Ahmed Al-Baidhani | 04-CV-1194 |
| 554 | Fahmi Salem Al-Assani | 05-CV-0280 |
| 564 | Jalal Bin Amer Awad | 04-CV-1194 |
| 566 | Mansour Mohamed Mutaya Ali | 08-CV-1233 |
| 570 | Sabry Mohammed | 05-CV-2385 |
| 572 | Saleh Mohammad Seleh Al-Thabbi | 05-CV-2104 |
| 574 | Hamood Abdullah Hamood | 06-CV-1767 |
| 575 | Saad Nasir Mukbl Al-Azani | 08-CV-2019 |
| 680 | Emad Abdallah Hassan | 04-CV-1194 |
| 684 | Mohammed Abdullah Taha Mattan | 09-CV-0745 |

*The chart does not include any current Guantanamo Bay detainees approved for transfer whose transfer status is protected by sealed orders issued by the Court of Appeals.

**Current Guantanamo Bay Detainee-Petitioners Approved For Transfer (Sept. 21, 2012)\***

| ISN | Detainee's Name | Civil Action Number |
|---|---|---|
| 686 | Abdel Ghaib Ahmad Hakim | 05-CV-2199 |
| 689 | Mohammed Ahmed Salam Al-Khateeb | 09-CV-0745 |
| 690 | Abdul Qader Ahmed Hussein | 05-CV-2104 |
| 691 | Mohammed Al-Zarnouqi | 06-CV-1767 |
| 722 | Jihad Dhiab | 05-CV-1457 |
| 757 | Ahmed Abdel Aziz | 05-CV-0492 |
| 894 | Mohammed Abdul Rahman | 05-CV-0359 |
| 899 | Shawali Khan | 08-CV-1101 |
| 928 | Khiali Gul | 05-CV-0877 |
| 934 | Abdul Ghani | 09-CV-0904 |
| 1015 | Hussain Salem Mohammad Almerfedi | 05-CV-1645 |
| 1103 | Mohammad Zahir | 05-CV-2367 |
| 10001 | Belkacem Bensayah | 04-CV-1166 |

\*The chart does not include any current Guantanamo Bay detainees approved for transfer whose transfer status is protected by sealed orders issued by the Court of Appeals.