# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NABIL HADJARAB (ISN 238),<br>SHAKER AAMER (ISN 239),<br>AHMED BELBACHA (ISN 290),<br>ABU WA'EL JIHAD DHIAB (ISN 722),<br><br>                    Petitioners,<br><br>        v.<br><br>BARACK OBAMA, President of the<br>  United States, *et al.*,<br><br>                    Respondents. | Civil Action Nos.   04-CV-2215 (RMC)<br>                              05-CV-1457 (GK)<br>                              05-CV-1504 (RMC)<br>                              05-CV-2349 (RMC) |

## [PROPOSED] ORDER

It is hereby ordered that Petitioners' Application for Preliminary Injunction Against Force-Feeding is hereby DENIED.

It is **SO ORDERED** this ____ day of _____ 2013.

_____
United States District Judge

1