UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | )<br>)<br>)  Misc. No. 08-442 (TFH)<br>)<br>)  Civil Action Nos.<br>)<br>)  02-CV-0828, 04-CV-1164, 04-CV-1166, 04-CV-1194,<br>)  04-CV-1254, 04-CV-2022, 04-CV-2215, 05-CV-0023,<br>)  05-CV-0280, 05-CV-0329, 05-CV-0359, 05-CV-0392,<br>)  05-CV-0429, 05-CV-0492, 05-CV-0520, 05-CV-0569,<br>)  05-CV-0634, 05-CV-0748, 05-CV-0764, 05-CV-0877,<br>)  05-CV-0883, 05-CV-0892, 05-CV-0999, 05-CV-1048,<br>)  05-CV-1124, 05-CV-1189, 05-CV-1244, 05-CV-1312,<br>)  05-CV-1353, 05-CV-1429, 05-CV-1457, 05-CV-1490,<br>)  05-CV-1497, 05-CV-1504, 05-CV-1506, 05-CV-1509,<br>)  05-CV-1555, 05-CV-1592, 05-CV-1607, 05-CV-1623,<br>)  05-CV-1638, 05-CV-1645, 05-CV-1646, 05-CV-1971,<br>)  05-CV-1983, 05-CV-2088, 05-CV-2104, 05-CV-2185,<br>)  05-CV-2186, 05-CV-2199, 05-CV-2223, 05-CV-2249,<br>)  05-CV-2348, 05-CV-2349, 05-CV-2367, 05-CV-2371,<br>)  05-CV-2379, 05-CV-2380, 05-CV-2384, 05-CV-2385,<br>)  05-CV-2386, 05-CV-2387, 05-CV-2479, 06-CV-1668,<br>)  06-CV-1690, 06-CV-1691, 06-CV-1725, 06-CV-1765,<br>)  06-CV-1766, 06-CV-1767, 07-CV-1710, 07-CV-2337,<br>)  07-CV-2338, 08-CV-1101, 08-CV-1173, 08-CV-1207,<br>)  08-CV-1228, 08-CV-1232, 08-CV-1233, 08-CV-1234,<br>)  08-CV-1235, 08-CV-1236, 08-CV-1237, 08-CV-1238,<br>)  08-CV-1360, 08-CV-1440, 08-CV-1645, 08-CV-1805,<br>)  08-CV-1828, 08-CV-1923, 08-CV-2019, 08-CV-2083,<br>)  09-CV-0031, 09-CV-0745, 09-CV-0873, 09-CV-0904,<br>)  09-CV-1385, 09-CV-1462, 09-CV-2368, 10-CV-0407,<br>)  10-CV-1020, 10-CV-1411<br>) |

**ERRATA - STATUS REPORT ADDRESSING THE PRIVILEGE TEAM'S REVIEW OF
DOCUMENTS AND MATERIALS RECOVERED FROM JTF-GTMO CAMP 6**

On September 13, 2013, Respondents filed a status report in the above-captioned

Guantanamo Bay habeas cases addressing Respondents' progress in reviewing and returning

materials recovered from JTF-GTMO Camp 6 to the appropriate Guantanamo Bay detainees to

1

whom the materials belong.  The status report was erroneously docketed as a restricted document and, therefore, unavailable to the public and the parties.  Pursuant to the Minute Order entered on September 16, 2013 in *In Re Guantanamo Bay Detainee Litigation*, 08-MC-442 (TFH), Respondents hereby refile the status report in all of the relevant cases with the exception of *Zubair v. Obama*, 11-CV-923 (CKK).  *See* Exhibits 1-2.


Dated:  September 16, 2013                  Respectfully submitted,

                                           STUART F. DELERY
                                           Assistant Attorney General

                                           JOSEPH H. HUNT
                                           Branch Director

                                           TERRY M. HENRY
                                           JAMES J. GILLIGAN
                                           Assistant Branch Directors

                                           /s/ *Andrew I. Warden*
                                           ANDREW I. WARDEN (IN Bar No. 23840-49)
                                           DANIEL M. BARISH (D.C. Bar No. 448263)
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           20 Massachusetts Avenue N.W.
                                           Washington, DC  20530
                                           Tel:  (202) 616-5084
                                           Fax:  (202) 616-8470
                                           Andrew.Warden@usdoj.gov

                                           Attorneys for Respondents