UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| IN RE: | ) | |
| | ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action Nos. |
| | ) | |
| | ) | 02-CV-0828, 04-CV-1164, 04-CV-1166, 04-CV-1194, |
| | ) | 04-CV-1254, 04-CV-2022, 04-CV-2215, 05-CV-0023, |
| | ) | 05-CV-0280, 05-CV-0329, 05-CV-0359, 05-CV-0392, |
| | ) | 05-CV-0429, 05-CV-0492, 05-CV-0520, 05-CV-0569, |
| | ) | 05-CV-0634, 05-CV-0748, 05-CV-0764, 05-CV-0877, |
| | ) | 05-CV-0883, 05-CV-0892, 05-CV-0999, 05-CV-1048, |
| | ) | 05-CV-1124, 05-CV-1189, 05-CV-1244, 05-CV-1312, |
| | ) | 05-CV-1353, 05-CV-1429, 05-CV-1457, 05-CV-1490, |
| | ) | 05-CV-1497, 05-CV-1504, 05-CV-1506, 05-CV-1509, |
| | ) | 05-CV-1555, 05-CV-1592, 05-CV-1607, 05-CV-1623, |
| | ) | 05-CV-1638, 05-CV-1645, 05-CV-1646, 05-CV-1971, |
| | ) | 05-CV-1983, 05-CV-2088, 05-CV-2104, 05-CV-2185, |
| | ) | 05-CV-2186, 05-CV-2199, 05-CV-2223, 05-CV-2249, |
| | ) | 05-CV-2348, 05-CV-2349, 05-CV-2367, 05-CV-2371, |
| | ) | 05-CV-2379, 05-CV-2380, 05-CV-2384, 05-CV-2385, |
| | ) | 05-CV-2386, 05-CV-2387, 05-CV-2479, 06-CV-1668, |
| | ) | 06-CV-1690, 06-CV-1691, 06-CV-1725, 06-CV-1765, |
| | ) | 06-CV-1766, 06-CV-1767, 07-CV-1710, 07-CV-2337, |
| | ) | 07-CV-2338, 08-CV-1101, 08-CV-1173, 08-CV-1207, |
| | ) | 08-CV-1228, 08-CV-1232, 08-CV-1233, 08-CV-1234, |
| | ) | 08-CV-1235, 08-CV-1236, 08-CV-1237, 08-CV-1238, |
| | ) | 08-CV-1360, 08-CV-1440, 08-CV-1645, 08-CV-1805, |
| | ) | 08-CV-1828, 08-CV-1923, 08-CV-2019, 08-CV-2083, |
| | ) | 09-CV-0031, 09-CV-0745, 09-CV-0873, 09-CV-0904, |
| | ) | 09-CV-1385, 09-CV-1462, 09-CV-2368, 10-CV-0407, |
| | ) | 10-CV-1020, 10-CV-1411, 11-CV-923 |
| _____ | ) | |

**STATUS REPORT ADDRESSING THE PRIVILEGE TEAM'S REVIEW OF
DOCUMENTS AND MATERIALS RECOVERED FROM JTF-GTMO CAMP 6**

On August 8, 2013, Respondents filed a notice in in the above-captioned Guantanamo

Bay habeas cases informing the Judges of this Court that Joint Task Force - Guantanamo ("JTF-

GTMO") had recovered a large volume of detainee materials that had been comingled in the

1

communal areas and individual cells of Camp 6 such that ownership of those materials could not be determined without further review. *See* Notice Of Privilege Team Review Of Documents And Materials Recovered From JTF-GTMO Camp 6, 08-MC-442 (TFH) (ECF No. 1997). Because of the likelihood that the comingled materials included legal materials or attorney-client communications, and to respect the potential sensitivity of the materials, Respondents informed the Court that the Department of Defense Habeas Privilege Team ("Privilege Team") would review and inspect the materials in an attempt to determine the proper owner of the materials. *See id*. Respondents' notice further explained the procedures by which the Privilege Team would conduct its review and then provide returnable materials to JTF-GTMO officials for delivery to the appropriate detainee or attorney. *See id*.

On September 12, 2013, pursuant to an Order entered in *Ameziane v. Obama*, 05-CV-392 (ESH) (ECF No. 310), Respondents filed a status report informing the parties and Court in that case of Respondents' progress in reviewing and returning materials recovered from JTF-GTMO Camp 6 to the appropriate Guantanamo Bay detainees to whom the materials belong. *See* Exhibit 1. In the interest of transparency and to ensure that the parties in the above-captioned Guantanamo Bay habeas cases receive a copy of Respondents' status report, Respondents have attached the report here as Exhibit 1.

Dated: September 13, 2013                    Respectfully submitted,

                                             STUART F. DELERY
                                             Assistant Attorney General

                                             JOSEPH H. HUNT
                                             Branch Director

                                             TERRY M. HENRY
                                             JAMES J. GILLIGAN
                                             Assistant Branch Directors

2

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN Bar No. 23840-49)
DANIEL M. BARISH (D.C. Bar No. 448263)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470
Andrew.Warden@usdoj.gov

Attorneys for Respondents

3