**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **DJAMEL AMEZIANE (ISN 310),**  **Petitioner,**  **v.**  **BARACK H. OBAMA,** *et al.*,  **Respondents.** | **Civil Action No. 05-CV-0392 (ESH)** |

**STATUS REPORT IN RESPONSE TO THE COURT'S AUGUST 14, 2013
ORDER ADDRESSING THE PRIVILEGE TEAM'S REVIEW OF
<u>MATERIALS RECOVERED FROM JTF-GTMO CAMP 6</u>**

In accordance with the Court's August 14, 2013 Order (ECF No. 310), Respondents respectfully submit this status report to inform the Court of Respondents' progress in reviewing and returning materials recovered from Joint Task Force-Guantanamo ("JTF-GTMO") Camp 6 to the appropriate Guantanamo Bay detainees to whom the materials belong.

On August 8, 2013, Respondents filed a notice in all Guantanamo Bay habeas cases informing the Judges of this Court that JTF-GTMO had recovered a large volume of detainee materials that had been comingled in the communal areas and individual cells of Camp 6 such that ownership of those materials could not be determined without further review. *See* Notice Of Privilege Team Review Of Documents And Materials Recovered From JTF-GTMO Camp 6 (ECF No. 304). Because of the likelihood that the comingled materials included legal materials or attorney-client communications, and to respect the potential sensitivity of the materials, Respondents informed the Court that the Department of Defense Habeas Privilege Team ("Privilege Team") would review and inspect the materials in an attempt to determine the proper

1

owner of the materials.  *See id*.  Respondents' notice further explained the procedures by which the Privilege Team would conduct its review and then provide returnable materials to JTF-GTMO officials for delivery to the appropriate detainee or attorney.  *See id*.

The Privilege Team began its review of the materials on August 26, 2013 and completed its initial review of the materials this week.  As of September 11, 2013, approximately 49,000 pages of materials have been returned to over 100 Guantanamo Bay detainees.[1]   Petitioner Ameziane (ISN 310) received a large bin of materials containing approximately 2500 pages on August 28, 2013.  Additionally, on September 10, 2013, Petitioner Ameziane received a second bin along with six envelopes of materials containing, collectively, approximately 1800 pages of materials.

In addition to the materials described above that have been returned to the detainees, the Privilege Team has completed its initial inspection of approximately an additional 30,000 items and determined that these materials cannot be identified as belonging to a specific detainee or attorney absent further review.  This material generally consists of handwritten documents in a language other than English.  During the initial review the Privilege Team did not identify markings or indications on the items in English that would associate the document with a detainee or attorney.  The items range from handwritten documents on 8.5" x. 11" pieces of paper to handwriting on small scraps of paper.  Additionally, the Privilege Team has identified approximately 15,000 pages of newspapers, press articles, and other copied material that it could not associate with an attorney or detainee during the initial review.  The Privilege Team intends

---

[1] A small number of items were identified as belonging to an attorney without any reference on the materials to a particular detainee (*e.g.*, attorney business cards) and those materials will be returned to the appropriate attorney at the secure facility.

to conduct a further review of this unidentified material, as appropriate, to look for any markings that might indicate ownership or an attorney-client communication.

The Privilege Team has also identified approximately 100 non-contraband physical items that do not contain any indicia of ownership by a detainee or an attorney. These items generally consist of items likely provided to the detainees by JTF-GTMO for use in the detention facility. The items include bath towels, socks, combs, condiment packets (sugar, honey), bandages, pens, toothbrushes, and other miscellaneous hygiene items. Because these items contain no markings that would identify the owner of the item and they also do not have any indicia of attorney-client communications, the Privilege Team will provide these materials to JTF-GTMO for appropriate disposition no sooner than September 30, 2013.

Similarly, the Privilege Team has identified approximately 70,000 pages of blank papers, art supplies, and photographs that cannot be associated with a detainee or an attorney. The items in this category consist of the following:

- Blank writing paper, notebooks, notepads, card stock, and construction paper;
- Blank letter forms provided by the International Committee of the Red Cross (ICRC);
- Blank JTF-GTMO forms and envelopes;
- Blank art and calligraphy practice paper;
- Empty accordion folders;
- Photographs provided by the ICRC to the detainees.[2]

---

[2] These photographs consist of decorative photographs provided by the ICRC and photographs from the detainees' families provided through the ICRC that cannot be associated with a detainee. Decorative photos, such as landscapes and cityscapes, were provided by the ICRC to JTF-GTMO starting in September 2006 and have been made available to the detainees. ICRC delegates provide the photos to detainees during ICRC visits. The purpose of the photos is to

Because these items are blank and contain no markings that would identify the owner of the items, the Privilege Team will provide these materials to JTF-GTMO for appropriate disposition no sooner than September 30, 2013.

The Privilege Team has also identified approximately 60 books and magazines. None of the books or magazines contain any markings indicating that they were part of attorney-client communications. Although some of the books and magazines have detainee-identifying information written on them (*e.g.*, ISN numbers), JTF-GTMO maintains ownership and possession of all books and magazines in the detainee library. *See* Review of Department Compliance with President's Executive Order on Detainee Conditions of Confinement at 34 (describing detainee library collection). These books and magazines are entered into the library database, and may be checked out by detainees. This procedure allows individual books and magazines to be available to the entire detainee population, and prevents individual detainees from hoarding caches of popular books and magazines, which could crowd limited cell space and lead to potential confrontations that would threaten good order and security within the Camp. In accordance with JTF-GTMO's policy, these books and magazines will be returned to JTF-GTMO for inclusion in the detainee library or other appropriate disposition no sooner than September 30, 2013.

Finally, the Privilege Team has identified approximately 50 items of contraband, which primarily consist of unauthorized physical items (*e.g.*, electronic equipment) and documents containing classification or other restrictive handling markings. In accordance with Respondents' notice, the Privilege Team will prepare a log describing these contraband items

---

provide the detainees with a distraction from their daily environment and, more importantly, to be used as postcards and to personalize Red Cross Messages (RCM) sent by detainees to their families. RCMs received by detainees from families also include photos. All photos are screened before distribution.

and provide the log to Petitioners' counsel for their review.  Absent objections from Petitioners'

counsel, these contraband items will be given to JTF-GTMO for appropriate disposition.


Dated:  September 12, 2013                    Respectfully submitted,


                                             STUART F. DELERY
                                             Assistant Attorney General

                                             JOSEPH H. HUNT
                                             Branch Director

                                             TERRY M. HENRY
                                             JAMES J. GILLIGAN
                                             Assistant Branch Directors

                                             /s/ *Andrew I. Warden*
                                             ANDREW I. WARDEN (IN Bar No. 23840-49)
                                             DANIEL M. BARISH (D.C. Bar No. 448263)
                                             United States Department of Justice
                                             Civil Division, Federal Programs Branch
                                             20 Massachusetts Avenue N.W.
                                             Washington, DC  20530
                                             Tel:  (202) 616-5084
                                             Fax:  (202) 616-8470
                                             Andrew.Warden@usdoj.gov

                                             Attorneys for Respondents