UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action Nos. |
| | ) | |
| | ) | 02-CV-0828, 04-CV-1164, 04-CV-1166, 04-CV-1194, |
| | ) | 04-CV-1254, 04-CV-2022, 04-CV-2215, 05-CV-0023, |
| | ) | 05-CV-0280, 05-CV-0329, 05-CV-0359, 05-CV-0392, |
| | ) | 05-CV-0429, 05-CV-0492, 05-CV-0520, 05-CV-0569, |
| | ) | 05-CV-0634, 05-CV-0748, 05-CV-0764, 05-CV-0877, |
| | ) | 05-CV-0883, 05-CV-0892, 05-CV-0999, 05-CV-1048, |
| | ) | 05-CV-1124, 05-CV-1189, 05-CV-1244, 05-CV-1312, |
| | ) | 05-CV-1353, 05-CV-1429, 05-CV-1457, 05-CV-1490, |
| | ) | 05-CV-1497, 05-CV-1504, 05-CV-1506, 05-CV-1509, |
| | ) | 05-CV-1555, 05-CV-1592, 05-CV-1607, 05-CV-1623, |
| | ) | 05-CV-1638, 05-CV-1645, 05-CV-1646, 05-CV-1971, |
| | ) | 05-CV-1983, 05-CV-2088, 05-CV-2104, 05-CV-2185, |
| | ) | 05-CV-2186, 05-CV-2199, 05-CV-2223, 05-CV-2249, |
| | ) | 05-CV-2348, 05-CV-2349, 05-CV-2367, 05-CV-2371, |
| | ) | 05-CV-2379, 05-CV-2380, 05-CV-2384, 05-CV-2385, |
| | ) | 05-CV-2386, 05-CV-2387, 05-CV-2479, 06-CV-1668, |
| | ) | 06-CV-1690, 06-CV-1691, 06-CV-1725, 06-CV-1765, |
| | ) | 06-CV-1766, 06-CV-1767, 07-CV-1710, 07-CV-2337, |
| | ) | 07-CV-2338, 08-CV-1101, 08-CV-1173, 08-CV-1207, |
| | ) | 08-CV-1228, 08-CV-1232, 08-CV-1233, 08-CV-1234, |
| | ) | 08-CV-1235, 08-CV-1236, 08-CV-1237, 08-CV-1238, |
| | ) | 08-CV-1360, 08-CV-1440, 08-CV-1645, 08-CV-1805, |
| | ) | 08-CV-1828, 08-CV-1923, 08-CV-2019, 08-CV-2083, |
| | ) | 09-CV-0031, 09-CV-0745, 09-CV-0873, 09-CV-0904, |
| | ) | 09-CV-1385, 09-CV-1462, 09-CV-2368, 10-CV-0407, |
| | ) | 10-CV-1020, 10-CV-1411, 11-CV-923 |
| _____ | ) | |

**SUPPLEMENTAL STATUS REPORT ADDRESSING THE
PRIVILEGE TEAM'S REVIEW OF DOCUMENTS AND
<u>MATERIALS RECOVERED FROM JTF-GTMO CAMP 6</u>**

On November 5, 2013, Respondents filed a supplemental status report in *Ameziane v.*

*Obama*, 05-CV-392 (ESH) (ECF No. 330), updating the Court and parties in that case on

Respondents progress in reviewing and returning materials recovered from Joint Task Force -

1

Guantanamo Camp 6 to the appropriate Guantanamo Bay detainees to whom the materials

belong.  *See also* Status Report Addressing The Privilege Team's Review Of Documents And

Materials Recovered From JTF-Gtmo Camp 6 (filed September 13, 2013 in above-captioned

cases).  In the interest of transparency and to ensure that the parties in the above-captioned

Guantanamo Bay habeas cases receive a copy of Respondents' supplemental status report,

Respondents have attached the report here as Exhibit 1.


Dated:  November 6, 2013                    Respectfully submitted,

                                           STUART F. DELERY
                                           Assistant Attorney General

                                           JOSEPH H. HUNT
                                           Branch Director

                                           TERRY M. HENRY
                                           Assistant Branch Directors

                                           /s/ *Andrew I. Warden*
                                           ANDREW I. WARDEN (IN Bar No. 23840-49)
                                           DANIEL M. BARISH (D.C. Bar No. 448263)
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           20 Massachusetts Avenue N.W.
                                           Washington, DC  20530
                                           Tel:  (202) 616-5084
                                           Fax:  (202) 616-8470
                                           Andrew.Warden@usdoj.gov

                                           Attorneys for Respondents