UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABU WA'EL (JIHAD) DHIAB,

    Petitioner,

v. : Civil Action No. 05-1457 (GK)

BARACK H. OBAMA, et al.

    Respondents.

## ORDER

On May 21, 2014, a Status Conference was held in this case relating to Petitioner's Emergency Motion For Order Compelling Preservation of Evidence and Limited Discovery [Dkt. No. 217]. Upon consideration of the Motion, the Opposition [Dkt. No. 219], the Reply [Dkt. No. 220], the representations made at the conference, and the entire record herein, it is

**ORDERED**, that Petitioner's Emergency Motion For Order Compelling Preservation of Evidence and Limited Discovery [Dkt. No. 217] is **granted in part and denied in part**; and it is further

**ORDERED**, that the Government shall produce Petitioner's medical records from April 9, 2013 to December 31, 2013, no later than June 10, 2014; and it is further

**ORDERED**, that the Government shall produce all videotapes made between April 9, 2013, and February 19, 2014, that record both Petitioner's Forcible Cell Extraction and subsequent enteral feeding no later than June 13, 2014; and it is further

**ORDERED**, that the Government will file a list[1] of all current Standard Operating Procedures/Protocols directly addressing enteral feeding and/or the use of a restraint chair at Guantánamo Bay no later than June 10, 2014; and it is further

**ORDERED**, that the Government will keep the Court fully apprised as to Petitioner's medical condition; and it is further

**ORDERED**, that a status conference is scheduled for June 16, 2014 at 10 a.m., to address any outstanding discovery issues and set a date for a Motion Hearing.

May 23, 2014

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies to**: attorneys on record via ECF

---

[1] This list will be filed on the docket. To the extent that this conflicts with instructions given in today's status conference, this Order prevails.