IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABU WA'EL (JIHAD) DHIAB (ISN 722),

*Petitioner*,

v.

BARACK H. OBAMA, *et al*.,

*Respondents*.

Civil Action No. 05-CV-1457 (GK)

[Proposed] **<u>INTERIM PROTECTIVE ORDER</u>**

The Court's Order dated May 23, 2014 (ECF No. 225), requires Respondents to produce, by June 13, 2014, "all videotapes made between April 9, 2013, and February 19, 2014, that record both Petitioner's Forcible Cell Extraction and subsequent enteral feeding" ("FCE videos").  Upon consideration of the joint motion by Petitioner and Respondents for an interim protective order governing disclosure and handling of the FCE videos, it is hereby ORDERED:

(1) Production of the FCE videos by Respondents shall be made to the current attorneys of record in the above-captioned case ("Dhiab's counsel") at the secure work facility in Crystal City, VA.  Any production of DVD copies of the FCE videos by Respondents is without prejudice to, and does not waive, Petitioner's position that Respondents should produce the duplicate original Mini -DV FCE videos.  *See* Petitioner's Emergency Motion To Compel (ECF No. 233).

1

(2) Upon production of the FCE videos by Respondents to Dhiab's counsel, no additional copies of the FCE videos may be created by Dhiab's counsel. The copies provided by Respondents to Dhiab's counsel may be admitted in evidence, subject to relevance and other evidentiary requirements, only in the following cases: *Dhiab v. Obama*, 05-CV-1457 (GK); *Hassan (ISN 680) v. Obama*, 04-CV-1194 (TFH); and *Rabbani (ISN 1461) v. Obama*, 05-CV-1607 (RCL). Copies of the FCE videos disclosed to Dhiab's counsel shall be returned to Respondents upon final resolution of the challenge to Respondents' enteral feeding policies and practices (including all appeals) in the three aforementioned cases.

(3) The FCE videos must be treated and handled as classified information at the SECRET level consistent with the Protective Order issued by Judge Hogan on September 11, 2008, in *In re: Guantanamo Bay Detainee Litigation*, No. 08-MC-442 (TFH) (D.D.C.) (08-MC-442 ECF No. 235), and entered in this case (ECF No. 57) on the same date.

(4) Nothing in this Order shall prohibit Respondents or Petitioner from seeking modification of this Order. The parties shall meet and confer on any request to modify this order before bringing a motion to the Court.


Dated: _____                    _____

                                               Gladys Kessler
                                               United States District Judge