IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABU WA'EL (JIHAD) DHIAB (ISN 722),

*Petitioner*,

v.

BARACK H. OBAMA, *et al*.,

*Respondents*.

Civil Action No. 05-CV-1457 (GK)

## [Proposed] ORDER

The parties' joint motion for a briefing schedule to govern Respondents' forthcoming motion for protective order is GRANTED.   The Court hereby establishes the following briefing schedule for resolution of this matter:

- June 25, 2014:  Respondents' Motion For Protective Order;

- July 2, 2014:  Petitioner's Opposition Brief;

- July 9, 2014:  Respondents' Reply Brief.

Dated:  June  ____, 2014

_____
Gladys Kessler
United States District Judge