IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABU WA'EL (JIHAD) DHIAB (ISN 722),

*Petitioner*,

v.

BARACK H. OBAMA, *et al*.,

*Respondents*.

Civil Action No. 05-CV-1457 (GK)

**RESPONDENTS' MOTION FOR EXTENSION OF TIME TO PRODUCE
10 FORCED CELL EXTRACTION VIDEOS OF PETITIONER DHIAB**

Respondents request an extension of time until Wednesday, June 18, 2014, to produce at the secure facility DVD copies of 10 forced cell extraction (FCE) videos of Petitioner Dhiab.

Since the May 21, 2014 Status Conference in this case, Respondents, particularly military officials within the Department of Defense, have devoted significant time and resources to comply with the Court's Order to produce, by June 13, 2014, "all videotapes made between April 9, 2013, and February 19, 2014, that record both Petitioner's Forcible Cell Extraction and subsequent enteral feeding" ("FCE videos"). *See* Order (ECF No. 223); *see also* Resp't's' Opp. To Pet'r's Emergency Mot. To Compel Production Of Original Mini-DV Videotapes At Secure Facility (ECF No. 237). Because the FCE videos are classified at the SECRET level, Petitioner's counsel must review them at the secure work facility in the Washington, D.C., area that Respondents established for petitioners' counsel in the Guantanamo Bay habeas cases to review classified information. *See* Protective Order and Procedures for Counsel Access to

1

Detainees at the United States Naval Base in Guantanamo Bay, Cuba § I.D.21 (ECF No. 57).  Respondents have been working diligently to copy the FCE videos from their original format – Mini-DV cassette tapes – to Digital Video Discs (DVDs) that will play on both the existing classified computer systems at the secure facility and the Court's classified computer system.  *See* Resp't's' Opp. To Pet'r's Emergency Mot. To Compel Production Of Original Mini-DV Videotapes At Secure Facility (ECF No. 237).

Respondents have completed the conversion process successfully for 18 of the 28 FCE videos responsive to the Court's Order.  These 18 FCE videos include the most recent FCE videos of Petitioner that are responsive to the Court's Order (ranging from May 2013 to January 2014) and total approximately 7 total hours of footage.[1] Respondents will produce these 18 FCE videos to Petitioner's counsel at the secure facility on June 13, 2014.[2]

As described in more detail below, unanticipated technical problems have slowed the process of converting the remaining 10 FCE videos, which were recorded in April and early May 2013 and are among the oldest FCE videos responsive to the Court's Order.  First, military personnel at Guantanamo Bay made copies of the original FCE videos.  The 28 Mini-DV original video cassettes were copied in their entirety, without any edits, to a duplicate set of 28 Mini-DV cassettes.  This copying process was done in real time, meaning that making a duplicate copy of a twenty minute original tape onto a new tape took twenty minutes.  Reviewing the videos and making copies to ensure

---

[1] Contrary to the claims in Petitioner's reply memorandum in support of his motion for production of the original Mini-DVs (ECF No. 239), the 18 DVDs do not blur images or mute audio.

[2] Respondents will produce each FCE video on a separate DVD so that multiple attorneys for Petitioner can watch videos at the same time at the secure facility.

compliance with the Court's production deadline required assigning military personnel to a 24-hour around-the-clock work schedule until the review and copying process was complete.

Next, the duplicate set of FCE videos was transported via a secure courier from Guantanamo Bay to its parent command in south Florida, the United States Southern Command (SOUTHCOM). The courier had to accompany the videos on the aircraft and return to Guantanamo Bay on the same aircraft, a round trip that takes more than seven hours. SOUTHCOM then transported the duplicate set via Federal Express, an approved carrier of classified information at the SECRET level, to the Department of Defense Office of the General Counsel (DoD OGC) at the Pentagon in Washington, D.C. Federal Express and other forms of expedited mail service are not available on Guantanamo Bay.

DoD OGC personnel then coordinated with the Joint Multimedia Center (JMC) within the National Military Command Center (NMCC) in the Pentagon, which specializes in media production, to have copies of the Mini-DV cassettes transferred to Digital Video Discs (DVDs), without any editing. The JMC, which has the necessary classified audio/visual equipment, worked to convert the original content of the classified Mini-DV cassettes onto DVDs playable on a classified computer. As with the initial copying process, conversion to DVD format was also done in real time.

Although 18 of the Mini-DV cassette copies that JTF-GTMO prepared played on the JMC's equipment and despite the fact that JTF-GTMO personnel were able to view all 28 of the Mini-DV cassette copies on equipment at Guantanamo Bay, 10 Mini-DV cassettes did not play on the JMC's equipment. Consequently, JTF-GTMO had to create a second copy set of these 10 Mini-DV cassettes and transport them to DoD OGC. In this

instance, no previously scheduled aircraft were available in the time required, so a C-12 aircraft, two crew members, and the courier were tasked with the responsibility to fly the videos from Guantanamo to SOUTHCOM.  This flight had no other purpose and was ordered by military authorities solely to comply with the terms of the Court's Order.  The second set of 10 Mini-DV cassette copies, once it arrived, also could not be viewed on the JMC equipment, although JTF-GTMO personnel could view it on their equipment, and therefore could not be converted to DVD.  Due to time constraints, a decision was made this week to transport the 10 original Mini-DVs directly from Guantanamo Bay to Washington D.C. via secure courier.  The courier arrived in Washington, D.C. at the end of the business day on June 10, 2014, and the 10 original Mini-DVs were delivered to the JMC offices the morning of June 11, 2014.  Since that time, the JMC has been unable to play the 10 original Mini-DVs on its equipment.  The JMC staff has attempted to play the videos (both the originals and copies) on multiple pieces of equipment capable of playing Mini-DV cassette tapes and has consulted with information technology officials at JTF-GTMO in an effort to resolve the problem, but none of those efforts have proven successful to date.  Department of Defense (DoD) personnel continue their efforts to view the tapes with equipment currently available.

In light of the current technological situation, Respondents request a 5 day extension of time, until June 18, 2014, to produce the 10 remaining FCE videos to Petitioner's counsel.  At this time, in addition to the continuing efforts mentioned above, Respondents have arranged for DoD officials to bring a Mini-DV player currently located

4

at Guantanamo Bay to Washington, D.C. tomorrow (June 13, 2014).[3] The player is expected to arrive in Washington, D.C. after close of business on June 13th and thereafter, it will be delivered to the JMC. Officials in that office plan to use that player to convert the Mini-DVs to DVDs. To ensure prompt production, Respondents will provide the DVDs to Petitioner's counsel on a rolling basis as they are prepared.[4]

As explained above, Respondents have engaged in extensive good faith efforts to produce all of the responsive FCE videos by the Court's production date, but have been unable to do so because of unanticipated technological challenges as well as difficulties and burdens associated with transporting the videos via multiple aircraft from Guantanamo Bay to Washington, D.C. Respondents are working diligently to provide DVD copies of the 10 remaining FCE videos to Petitioner as soon as practicable and anticipate having a Mini-DV player capable of playing these 10 Mini-DVs in Washington, D.C. tomorrow. Respondents, however, request a 5-day extension of time until Wednesday, June 18, 2014, to complete the necessary process of converting the Mini-DVs to DVDs.

---

[3] Because officials at Guantanamo Bay were recently able to view the Mini-DV using their equipment, there is currently no reason to believe that the 10 Mini-DVs have been damaged or erased.

[4] During the meet and confer process leading up to this motion, Petitioner's counsel requested that Respondents' represent Petitioner's position as follows: "Petitioner's counsel state that they oppose this motion because three of Petitioner's attorneys have already arranged and paid for travel to Washington DC from London, Los Angeles and Oakland during the period June 13-18, 2014, and the requested extension of time would cause counsel considerable additional expense and inconvenience by requiring them to stay on in or return to Washington DC after the June 18 status conference to continue viewing the videotapes." As explained above, however, Respondents intend to provide the DVDs to Petitioner's counsel on a rolling basis as they are prepared. This production schedule mitigates the concern that Petitioner's counsel will not have sufficient time to review the DVDs during their current trip.

Petitioner will not be prejudiced by this extension.  As explained above, Respondents will produce to Petitioner on June 13, 2014, 18 FCE videos totaling approximately 7 hours of footage.   This production will provide Petitioner with the majority of FCE videos, including the most recent videos, thereby enabling him to conduct an initial review of the videos without delay.  While that review is ongoing, Respondents will work to complete the process of producing DVD copies of the 10 remaining videos and provide them to Petitioner on a rolling basis as soon as practicable.[5] This two-stage production will not delay or otherwise interfere with resolution of Petitioner's motion for preliminary injunction challenging Respondents' enteral feeding policies.  The Court has not set a date to address Petitioner's motion.  Consequently, the extension requested here will enable Respondents to complete production of the DVD copies without delaying consideration of the merits of this case.

For the reasons stated above, Respondents respectfully request that the Court provide Respondents until June 18, 2014 to produce DVD copies of the 10 FCE videos at the secure facility.  A proposed order is attached.

Dated:  June 12, 2014                                 Respectfully submitted,


                                                      STUART F. DELERY
                                                      Assistant Attorney General

---

[5] Petitioner's reply memorandum in support of his motion for production of the original Mini-DVs states that Petitioner is now willing to accept the duplicate copies of the Mini-DVs in lieu of the original Mini-DVs.  *See* ECF No. 239.  This alternative is not practicable.  Although duplicate copies of all 28 Mini-DVs are located in Washington, D.C., appropriate officials within the Department of Defense have been unable to review the 10 videos due to the technological problems discussed above.  Respondents are not in a position to release classified information absent this review.

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
Assistant Branch Director

*/s/ Andrew I. Warden*
ANDREW I. WARDEN (IN Bar 23840-49)
TIMOTHY B. WALTHALL
PATRICK D. DAVIS
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: 202.616.5084
E-mail: Andrew.Warden@usdoj.gov

Counsel for Respondents