IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
ABU WA'EL JIHAD DHIAB (ISN 722),    )
                                                )
            Petitioner,                         )
                                                )
      v.                                        )        Civil Action No. 05-CV-1457 (GK)
                                                )
BARACK H. OBAMA,                                )
      President of the United States, *et al.*, )
                                                )
            Respondents.                        )
_____)

## [PROPOSED] **ORDER**

Upon consideration of Respondents' motion for extension of time to produce 10 forced

cell extraction videos of Petitioner Dhiab, it is hereby

ORDERED, that Respondents' motion is GRANTED.  Respondents shall have until June

18, 2014, to produce at the secure facility DVD copies of the 10 forced cell extraction videos

described in Respondents' motion.


Dated:  June  ____, 2014


                                                _____
                                                Gladys Kessler
                                                United States District Judge


1