**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABU WA'EL (JIHAD) DHIAB,**<br><br>*Petitioner/Plaintiff,*<br><br>v.<br><br>**BARACK H. OBAMA, et al.,**<br><br>*Respondents/Defendants.* | Civ. No. 05-1457 (GK) |

**NOTICE OF FILING**

Please take notice that on June 12, 2014, counsel for Petitioner Abu Wa'el (Jihad) Dhiab filed, from the Secure Facility, an Emergency Motion for Temporary Restraining Order, and the Third Supplemental Declaration of Cori Crider in support of the Motion.

Respectfully submitted,

   /s/ Jon B. Eisenberg
**JON B. EISENBERG** (CA State Bar #88278)
1970 Broadway, Suite 1200
Oakland, CA 94612
(510) 452-2581
*jeisenberg@horvitzlevy.com*

    /s/ Alka Pradhan
**REPRIEVE**
Clive Stafford Smith (LA Bar #14444)
Cori Crider (NY Bar #4525721)
Alka Pradhan (D.C. Bar #1004387)
P.O. Box 72054
London EC3P 3BZ
United Kingdom
011 44 207 553 8140
*clive.stafford.smith@reprieve.org.uk*
*cori@reprieve.org.uk*
alka.pradhan@reprieve.org

    /s/ Lisa R. Jaskol
**PUBLIC COUNSEL**
Lisa R. Jaskol (CA State Bar #138769)
610 S. Ardmore Avenue
Los Angeles, CA  90005
(213) 385-2977
*ljaskol@publiccounsel.org*

    /s/ Eric L. Lewis
**LEWIS BAACH PLLC**
Eric L. Lewis (D.C. Bar #394643)
Elizabeth L. Marvin (D.C. Bar #496571)
1899 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20006
(202) 833-8900
*eric.lewis@lewisbaach.com*
*elizabeth.marvin@lewisbaach.com*

*Counsel for Petitioner/Plaintiff*

Dated: June 15, 2014