# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU WA'EL (JIHAD) DHIAB,<br><br>    *Petitioner/Plaintiff,*<br><br>v.<br><br>BARACK H. OBAMA, et al.,<br><br>    *Respondents/Defendants.* | Civ. No. 05-1457 (GK) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the evening of June 14, 2014, Petitioner filed his *Motion for Leave to File 13 Videotapes of Forced Cell Extractions* from the Secure Facility. The motion attaches a further thirteen of the twenty-eight 'videos' of Petitioner's FCEs disclosed to date.

                        Respectfully submitted,

                 /s/ Jon B. Eisenberg
**JON B. EISENBERG** (CA State Bar #88278)
1970 Broadway, Suite 1200
Oakland, CA 94612
(510) 452-2581
*jeisenberg@horvitzlevy.com*

                 /s/ Cori Crider
**REPRIEVE**
Clive Stafford Smith (LA Bar #14444)
Cori Crider (NY Bar #4525721)
Alka Pradhan (D.C. Bar #1004387)
P.O. Box 72054
London EC3P 3BZ
United Kingdom
011 44 207 553 8140
*clive.stafford.smith@reprieve.org.uk*
*cori@reprieve.org.uk*
alka.pradhan@reprieve.org

      /s/ Lisa R. Jaskol
**PUBLIC COUNSEL**
Lisa R. Jaskol (CA State Bar #138769)
610 S. Ardmore Avenue
Los Angeles, CA  90005
(213) 385-2977
*ljaskol@publiccounsel.org*

      /s/ Eric L. Lewis
**LEWIS BAACH PLLC**
Eric L. Lewis (D.C. Bar #394643)
Elizabeth L. Marvin (D.C. Bar #496571)
1899 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20006
(202) 833-8900
*eric.lewis@lewisbaach.com*
*elizabeth.marvin@lewisbaach.com*

Dated:  June 17, 2014      *Counsel for Petitioner/Plaintiff*