UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ABI WA'EL (JIHAD) DHIAB,  :  Civ. No. 05-1457 (GK)

   *Petitioner/Plaintiff*,

  -v-  :  **PRESS APPLICANTS'
MOTION TO INTERVENE
AND TO UNSEAL
VIDEOTAPE EVIDENCE**

BARACK H. OBAMA, et al.,

   *Respondents/Defendants*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  Pursuant to Federal Rule of Civil Procedure 24 and Local Rule of Civil Procedure 7(j), Hearst Corporation, Inc., ABC, Inc., Associated Press, Bloomberg L.P., CBS Broadcasting Inc., The Contently Foundation, Dow Jones & Company, Inc., First Look Media, Inc., Guardian US, The McClatchy Company, National Public Radio, Inc., The New York Times Company, Reuters America LLC, Tribune Publishing Company, LLC, USA TODAY, and The Washington Post (collectively "Press Applicants") by and through their undersigned counsel, hereby move to intervene and to unseal certain videotape evidence entered into the record of the above-captioned action.

  In an effort to facilitate the Court's resolution of the Motion to Intervene, Press Applicants have conferred with the Government and counsel for petitioner Dhiab in a good faith effort to obtain their consent to Press Applicants' intervention. The Government has reserved its position. Mr. Dhiab consents to the intervention.

  In support of their motion, Press Applicants submit the accompanying: (i) Memorandum of Points and Authorities; (ii) Corporate Disclosure Certification; and (iii) Proposed Order.

  **ORAL HEARING REQUESTED.**

Dated: June 20, 2014              Respectfully submitted,

                                   LEVINE SULLIVAN KOCH & SCHULZ, LLP

                                   By: */s/ David A. Schulz*
                                   David A. Schulz, DC Bar No. 459197
                                   Julie B. Ehrlich*

                                   321 West 44th Street, Suite 1000
                                   New York, NY 10036
                                   (212) 850-6100
                                   dschulz@lskslaw.com
                                   jehrlich@lskslaw.com

                                   *Counsel for Press Applicants*

                                   \* *Pro hac vice* motion forthcoming