**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ABU WA'EL (JIHAD) DHIAB, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | **Civil Action No. 05-1457 (GK)** |
| | : | |
| BARACK H. OBAMA, et al. | : | |
| | : | |
| Respondents. | : | |
| | : | |

**ORDER**

On September 26, 2014, the Government filed a Motion to Seal Preliminary Injunction Hearing [Dkt. No. 333], requesting that the Court take the extraordinary step of completely closing the entire Preliminary Injunction Hearing to the public.

Upon consideration of the Government's Motion, Petitioner's Opposition, Intervenors' Opposition, the Government's Reply and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED,** that Respondents' Motion to Seal Preliminary Injunction Hearing is **denied;** and it is further

**ORDERED,** that there will be a brief, on the record, telephonic status call at **2:00 p.m. on Friday, October 3 2014.**

October 2, 2014

*Gladys Kessler*
Gladys Kessler
United States District Judge

**Copies to**: attorneys on record via ECF