**FILED**

**OCT - 3 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------- x

ABI WA'EL (JIHAD) DHIAB, : Civ. No. 05-1457 (GK)

    *Petitioner/Plaintiff*,

  -v-

BARACK H. OBAMA, et al., : **ORDER**

    *Respondents/Defendants*.

------------------------------------------------- x

Upon consideration of the Motion of Hearst Corporation, Inc., ABC, Inc., The Associated Press, Bloomberg L.P., CBS Broadcasting Inc., The Contently Foundation, Dow Jones & Company, Inc., First Look Media, Inc., Guardian US, The McClatchy Company, National Public Radio, Inc., The New York Times Company, Reuters America LLC, Tribune Publishing Company, LLC, USA TODAY, and The Washington Post, (collectively, the "Press Applicants") to File a Sur Reply in Further Opposition to the Government's Motion to Close the Evidentiary Hearing, it is this 3rd day of October 2014, hereby

ORDERED that the Motion to File a Sur Reply is ~~GRANTED, it is further~~ *denied as moot*.

~~ORDERED that the Proposed Sur Reply annexed to Press Applicants' motion as Exhibit 1 hereby is deemed to have been filed and is accepted into the record of these proceedings.~~

Dated: Oct. 3, 2014
Washington, D.C.

*/s/ Gladys Kessler*
Hon. Gladys Kessler
United States District Judge