UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABU WA'EL (JIHAD) DHIAB,<br><br>Petitioner,<br><br>v.<br><br>BARACK H. OBAMA, et al.<br><br>Respondents. | :<br>:<br>:<br>:<br>:   Civil Action No. 05-1457 (GK)<br>:<br>:<br>:<br>:<br>: |

### ORDER

On June 20, 2014, the Hearst Corporation, Inc., ABC, Inc., Associated Press, Bloomberg L.P., CBS Broadcasting, Inc., The Contently Foundation, Dow Jones & Company, Inc., First Look Media, Inc., Guardian US, The McClatchy Company, National Public Radio, Inc., The New York Times Company, Reuters America LLC, Tribune Publishing Company, LLC, USA TODAY, and The Washington Post ("Press Applicants" or "Intervenors") filed a Motion to Intervene and to Unseal twenty-eight videotapes that have been entered into the record of the above captioned matter. [Dkt. No. 263].

Upon consideration of the Motion, Respondents' Opposition [Dkt. No. 288], Intervenors' Reply [Dkt. No. 290], the applicable case law, and the entire record herein, and for the

reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that the unopposed Motion to Intervene is **granted**; and it is further

**ORDERED**, that the Motion to Unseal is **granted with the following modifications:**

- all identifiers of individuals in the videotapes (i.e., faces other than Mr. Dhiab's, voices, names, etc.) shall be redacted;
- counsel shall work cooperatively, as they have throughout this litigation, to ensure that all necessary redactions of the videotapes shall be made so that they may then be entered on the public docket;
- the videotapes shall remain sealed until all such redactions are made.

October 3, 2014

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF