IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU WA'EL (JIHAD) DHIAB (ISN 722),<br><br>*Petitioner*,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>*Respondents*. | Civil Action No. 05-CV-1457 (GK) |

**RESPONDENTS' FILING OF PUBLIC VERSIONS OF SEALED EXHIBITS**

In advance of the preliminary injunction hearing scheduled for October 6-7, 2014, Respondents' hereby file public versions of various documents on Respondents' sealed exhibit list (ECF No. 334) that Respondent designated as "protected information." The un-redacted versions of these documents were previously filed under seal because they contained information designated as "protected information" by the Government. *See* Protective Order (ECF No. 57) ¶¶ I.B.10 (defining "protected information") & I.E.49 (authorizing under seal filing of documents containing protected information). The attached public versions have been redacted to shield that protected information.

The documents are marked with cover pages corresponding to the numbering on Respondents' sealed exhibit list. For example, Exhibit 2A attached hereto is the public version of Exhibit 2, which was previously filed under seal.

Dated:  October 3, 2014              Respectfully submitted,

                                     JOYCE R. BRANDA
                                     Acting Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
Assistant Branch Director

    */s/ Andrew I. Warden*
ANDREW I. WARDEN (IN Bar 23840-49)
TIMOTHY B. WALTHALL
PATRICK D. DAVIS
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: 202.616.5084
E-mail: Andrew.Warden@usdoj.gov

Counsel for Respondents