Case 1:05-cv-01457-GK   Document 355   Filed 10/09/14   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABU WA'EL (JIHAD) DHIAB,<br><br>    Petitioner,<br><br>v.<br><br>BARACK H. OBAMA, et al.<br><br>    Respondents. | Civil Action No. 05-1457 (GK) |

## ORDER

On October 3, 2014, the Court granted Press Applicants' Motion to Intervene and Unseal Videotape Evidence and ordered that certain information be redacted from the videotapes. [Dkt. No. 348]. In order to provide for the timely and efficient release of the videotapes to the public, it is hereby

**ORDERED**, that on or before Friday, October 17, 2014, the Government shall complete the previously ordered redactions; and it is further

**ORDERED**, that on or before Monday, October 20, 2014, Press Applicants and the Government shall submit a Joint Proposal regarding how the videotapes can be made available to the public most efficiently; and it is further

**ORDERED**, that the videotapes shall remain under seal until the Court has approved the Joint Proposal.

October 9, 2014

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF