IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU WA'EL (JIHAD) DHIAB (ISN 722), *Petitioner*, v. BARACK H. OBAMA, *et al.*, *Respondents*. | Civil Action No. 05-CV-1457 (GK) |

**NOTICE OF APPEAL**

Notice is hereby given that all Respondents in the above-captioned case appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's orders of October 3, 2014 (ECF No. 348) and October 9, 2014 (ECF No. 355).

| | |
|---|---|
| December 2, 2014 | Respectfully submitted,<br><br>JOYCE R. BRANDA<br>Acting Assistant Attorney General<br><br>JOSEPH H. HUNT<br>Branch Director<br><br>TERRY M. HENRY<br>Assistant Branch Director<br><br> /s/ Robert J. Prince<br>ANDREW I. WARDEN (IN Bar 23840-49)<br>TIMOTHY B. WALTHALL<br>ROBERT J. PRINCE (D.C. Bar 975545)<br>PATRICK D. DAVIS<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530<br>Tel: 202.305.3654<br>E-mail: robert.prince@usdoj.gov<br><br>Counsel for Respondents |