IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU WA'EL (JIHAD) DHIAB (ISN 722),<br><br>*Petitioner*,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>*Respondents*. | Civil Action No. 05-CV-1457 (GK) |

## NOTICE OF TRANSFER OF PETITIONER DHIAB (ISN 722)

Respondents hereby provide notice that the United States has relinquished custody of Petitioner Abu Wa'el Jihad Dhiab (ISN 722) and transferred him to the control of the Government of Uruguay.

Dated:  December 8, 2014           Respectfully submitted,

                                                            JOYCE R. BRANDA
                                                            Acting Assistant Attorney General

                                                            JOSEPH H. HUNT
                                                            Branch Director

                                                            TERRY M. HENRY
                                                            Assistant Branch Director

                                                               */s/ Andrew I. Warden*
                                                            ANDREW I. WARDEN (IN Bar 23840-49)
                                                            RONALD J. WILTSIE
                                                            TIMOTHY B. WALTHALL
                                                            PATRICK D. DAVIS
                                                            United States Department of Justice
                                                            Civil Division, Federal Programs Branch
                                                            20 Massachusetts Avenue, NW
                                                            Washington, DC 20530

1

Tel: 202.616.5084
E-mail: Andrew.Warden@usdoj.gov

Counsel for Respondents