# United States Court of Appeals
### For The District of Columbia Circuit

**No. 14-5276**                                   **September Term, 2014**

1:05-cv-01457-GK

Filed On: March 9, 2015

Jihad Dhiab, Detainee, Guantanamo Bay
Naval Station,
       Appellant

Shaker Aamer, as Next Friend of Jihad
Dhaib,
       Appellee

v.

Barack Obama, President of the United
States, et al.,
       Appellees

    **BEFORE:**   Henderson, Srinivasan, and Pillard, Circuit Judges

### ORDER

Upon consideration of the unopposed motion to dismiss this appeal as moot and to vacate the district court's memorandum opinion and order, it is

**ORDERED** that the motion be granted and that this appeal be dismissed as moot in light of appellant's transfer from the United States Naval Base at Guantanamo Bay, Cuba. The district court's November 7, 2014, Memorandum Opinion and Order, as amended on January 20, 2015, are hereby vacated. See American Bar Ass'n v. FTC, 636 F.3d 641, 648-49 (D.C. Cir. 2011).

Pursuant to D. C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

**Per Curiam**

A true copy
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk