IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU WA'EL (JIHAD) DHIAB (ISN 722),<br><br>*Petitioner*,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>*Respondents*. | Civil Action No. 05-CV-1457 (GK) |

**NOTICE OF CLASSIFIED FILING:  RESPONDENTS'
SUPPLEMENT TO MOTION FOR RECONSIDERATION OF THE
COURT'S OCTOBER 3, 2014 MEMORANDUM OPINION AND ORDER**

NOTICE is hereby given that, pursuant to the protective order entered in the above-captioned case, Respondents have filed with the Court Information Security Office a Supplement to Respondents' Motion for Reconsideration of the Court's October 3, 2014 Memorandum Opinion and Order.  The supplement contains:  (1) redacted versions of eight Forced Cell Extraction ("FCE") videos provided to Petitioner's Dhiab's security-cleared counsel on August 31, 2015, *see* ECF No. 398; (2) redacted versions of the two compilation FCE videos provided to Petitioner Dhiab's security-cleared counsel on September 30, 2015, *see* ECF No. 401; and (3) two supplemental declarations from Department of Defense officials explaining the serious harms that could result from public disclosure of the redacted FCE videos and that justify their SECRET classification.

Because Respondents' supplement contains classified information, Respondents submitted the filing to the Court Information Security Office for service on the Court and Petitioner Dhiab's counsel in accordance with Paragraph 48 of the protective order.[1]

---

[1] Because Respondents previously provided Petitioner Dhiab's security-cleared counsel with copies of the redacted FCE videos, Petitioner Dhiab's security-cleared counsel will receive only a copy of the supplemental declarations.

Dated:  October 13, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
Assistant Branch Director

*/s/ Andrew I. Warden*
ANDREW I. WARDEN (Indiana Bar #23840-49)
RONALD J. WILTSIE
TIMOTHY B. WALTHALL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: 202.616.5084
E-mail: Andrew.Warden@usdoj.gov

*Counsel for Respondents*