UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JIHAD DHIAB, :
:
      Petitioner, :
:
v. : Civil Action No. 05-1457 (GK)
:
BARACK OBAMA, *et al.*, :
:
      Respondents. :

## ORDER

On October 20, 2015, Petitioner filed a Motion to Compel Respondents to Produce Videos without Unnecessary Audio Redaction and to Provide Audio Subtitles and a Written Transcript [Dkt. No. 404]. The Press-Intervenors joined Petitioner in his Motion and, on November 3, 2015, filed a Notice of Joinder [Dkt. No. 409]. The Government filed an Opposition on November 6, 2015 [Dkt. No. 410]. On November 13, 2015, Petitioner and Press-Intervenors filed their Replies [Dkt. Nos. 413, 414].

Upon consideration of the Motion, the Opposition, and the Replies, and as more fully set out in the accompanying Memorandum Opinion, it is this 22nd day of December, 2015, hereby

**ORDERED**, that Petitioner's Motion to Compel Respondents to Produce Videos without Unnecessary Audio Redaction and to Provide Audio Subtitles and a Written Transcript is **denied**; and it is further

**ORDERED**, that the FCE videos redacted by the Government shall be unsealed no later than **January 10, 2015**.

*Gladys Kessler*
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**