IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU WA'EL (JIHAD) DHIAB (ISN 722),<br><br>*Petitioner,*<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>*Respondents.* | Civil Action No. 05-CV-1457 (GK) |

## [Proposed] ORDER

Upon consideration of Respondents' Unopposed Motion To Clarify The Deadline Imposed By The Court's December 22, 2015 Order And For A Stay Pending Appeal, it is hereby

ORDERED, that Respondents' motion is GRANTED. The Court's December 22, 2015 Order is amended to clarify that the 10 FCE videos redacted by Respondents shall be unsealed no later than January 11, 2016 [or January 11, 2016].

ORDERED, that the Court's December 22, 2015 Order, as clarified, shall by stayed up to and including January 22, 2016;

ORDERED, that in the event Respondents file a notice of appeal of the Court's December 22, 2015 Order, as clarified, on or before January 22, 2016, then the stay of the Court's Order shall automatically be extended pending final resolution of the appeal.

Dated: January 4, 2016

Gladys Kessler
United States District Judge