# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 16-5011**

**September Term, 2016**

**1:05-cv-01457-GK**

**Filed On: May 23, 2017** [1676267]

Jihad Dhiab, Detainee, Guantanamo Bay
Naval Station and Shaker Aamer, as Next
Friend of Jihad Dhiab,

       Appellees

    v.

Donald J. Trump, President of the United
States, et al.,

       Appellants

Hearst Corporation, et al.,

       Appellees

------------------------------

Consolidated with 16-5012

## M A N D A T E

In accordance with the judgment of March 31, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

       **FOR THE COURT:**
       Mark J. Langer, Clerk

BY:   /s/
       Ken R. Meadows
       Deputy Clerk

Link to the judgment filed March 31, 2017