# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 16-5011**                                   **September Term, 2016**
FILED ON: MARCH 31, 2017

JIHAD DHIAB, DETAINEE, GUANTANAMO BAY NAVAL STATION AND SHAKER AAMER, AS NEXT FRIEND OF JIHAD DHIAB,
  APPELLEES

v.

BARACK HUSSEIN OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.,
  APPELLANTS

HEARST CORPORATION, ET AL.,
  APPELLEES

Consolidated with 16-5012

Appeals from the United States District Court
for the District of Columbia
(No. 1:05-cv-01457)

Before: ROGERS, *Circuit Judge*, and WILLIAMS and RANDOLPH, *Senior Circuit Judges*

## J U D G M E N T

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes be reversed and the intervenors' cross-appeal about the extent of the redactions be dismissed as moot, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/

Ken Meadows
Deputy Clerk

Date: March 31, 2017

Opinion for the court filed by Senior Circuit Judge Randolph, with whom Circuit Judge Rogers and Senior Circuit Judge William join except as to Part II.
Opinion concurring in part and concurring in the judgment filed by Circuit Judge Rogers.
Opinion concurring in part and concurring in the judgment filed by Senior Circuit Judge Williams.